IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JAMES FRANKLIN STRICKLAND,

    Plaintiff,

v.

RONNIE H. McQUAIG; DANNY
CHRISTMAS; Chief CADEY;
Major ROYAL; Lt. GUINN; Lt. RYALS;
Sgt. SMART; Sgt. BLUE; Sgt.
HENDERSON; Sgt. PRESTON;
Cpl. DOE, and Cpl. SHULMAN,

    Defendants.

CIVIL ACTION NO.: CV506-054

## ORDER

In a partial objection to the undersigned's Report and Recommendation, Plaintiff moves for an extension of time to file further objections. Said motion is hereby **GRANTED**. Plaintiff shall have until January 5, 2007, to file all desired objections to said Report and Recommendation.

**SO ORDERED**, this 13th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)